[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 97-2135

 ROQUE A. ALICEA,

 Plaintiff, Appellant,

 v.

 COMMISSIONER OF SOCIAL SECURITY,

 Defendant, Appellee.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF PUERTO RICO

 [Hon. Jose Antonio Fuste, U.S. District Judge] 

 

 Before

 Boudin, Stahl and Lynch,
 Circuit Judges. 

 

Fabio A. Roman-Garcia on brief for appellant. 
Guillermo Gil, United States Attorney, Lilliam Mendoza-Torro, 
Assistant United States Attorney, and Wayne G. Lewis, Assistant 
Regional Counsel, Social Security Administration, on brief for
appellee.

 

 FEBRUARY 4, 1997
 

 Per Curiam. Upon careful review of the record and the 

briefs, we conclude that the credibility issue raised in this

appeal was substantially and correctly addressed by the

district court's Opinion and Order, dated July 31, 1997.

Accordingly, we affirm the judgment for essentially the

reasons stated in that Opinion and Order.

 We add only this comment. We find no reversible error

in the appeals council's finding that "the medical evidence

does not indicate clinical or laboratory findings showing a

worsening of [claimant's] condition." Contrary to claimant's

argument, the additional evidence about his increasing

medications and doctor visits did not necessarily contradict

that finding. 

 Affirmed. See 1st Cir. Loc. R. 27.1. 

 -2-